[No. 8347.]

## PITCHER V. ALBI MERCANTILE COMPANY.

DENVER—*Excise Commissioner—Authority.*   Save as expressly prohibited by ordinance the excise commissioner of Denver is invested with a discretion as to the granting or refusing of a license to keep a saloon.   The exercise of such discretion is not to be interfered with save in case of abuse. (289.)

*Error to Denver District Court.*   Hon. JOHN H. DENISON, Judge.

Mr. I. N. STEVENS, Mr. G. Q. RICHMOND, and Mr. C. K. O'BYRNE, for plaintiff in error.

Mr. L. J. STARK, for defendant in error.

Action for mandamus by the Albi Mercantile Company, to compel Pitcher, Commissioner of Finance, and Ex-officio Excise Commissioner of the City and County of Denver, to issue a license to keep a saloon at 3300 Osage Street.

Per curiam:   (*En banc*).

. Except as the ordinance of the City and County of Denver, No. 223, Series of 1913, may inhibit the issuance of a license to keep a saloon within a specified distance of designated places, the Excise Commissioner is invested with a sound judicial discretion, to be exercised in view of all the facts and circumstances of each particular case, as to granting or refusing a license to keep a saloon, and such discretion will not be interfered with unless it appears it has been abused.   *Muller v. Commissioners,* 89 N. C. 171; *Harrison v. The People,* 222 Ill. 150, 78 N. E. 52; *Swift v. The People,* 63 Ill. App. 453; *Batters v. Dunn,* 49 Conn. 479; Black on Intoxicating Liquors, sec. 170, 23 Cyc. 135.   It does not appear from the facts upon which the commissioner acted that he abused his discretion.

The judgment of the District Court is reversed and the cause remanded with directions to dismiss the proceeding.

*Reversed and remanded with directions.*

WHITE, J., not participating.